IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               CASE NO. 1:09-cv-00049-MP-AK

2008 TOYOTA VIN 1NXBR32E18Z972229,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Joint Motion to Dismiss Combined with Motion to Lift Stay by United States of America. The United States consents to the dismissal without prejudice of this forfeiture action pursuant to an agreement between the United States, Daryoosh Shirvan and Masoumeh Ladan Nonejad, through their attorney Gilbert A. Schaffnit, and Sousan Anghaie and Samim Anghaie, through their attorney Lloyd L. Vipperman. Approving the settlement it is hereby

    **ORDERED AND ADJUDGED:**

    1.    This cause is DISMISSED WITHOUT PREJUDICE.

    2.    The United States shall release the defendant property to Daryoosh Shirvan and Masoumeh Ladan Nonejad in return for the storage fees associated with this forfeiture action.

    **DONE AND ORDERED** this  *10th* day of November, 2009

                                  *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge